IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CORNELIUS MARTIN, II, )
)
    Petitioner, )
)
v. ) CASE NO. CV411-184
)
AL ST. LAWRENCE, )
)
    Respondent. )
)

## O R D E R

Before the Court is Petitioner's "Motion for Injunctive Relief." (Doc. 13.) Petitioner's motion seeks relief from the nature and conditions of his confinement. (Id. at 1.) Final judgment was entered on the above-captioned § 2254 habeas case on August 26, 2011. (Doc. 12.) However, a motion incident to a § 2254 petition cannot provide a remedy for Petitioner's challenge to the nature and conditions of his otherwise lawful confinement. See 39 C.J.S. Habeas Corpus § 176. After careful consideration, the Court cannot find any sort of circumstance that would rise to the level of constitutional deprivation. See id. Petitioner has ample alternative means to seek redress. As such, Petitioner's motion is **DENIED**.

SO ORDERED this 23RD day of March 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA